UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                    CASE NO. 07-40668-TLH4
                                          CHAPTER 13
SARAH VANDELA MAHALEY JOHNSON

           Debtor(s)           /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: ESTATE OF LAMAR VINSON which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 399728 in the amount of 49.60 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                            /s/Leigh D. Hart or
                            /s/William J. Miller, Jr.
                                OFFICE OF THE CHAPTER 13 TRUSTEE
                                POST OFFICE BOX 646
                                TALLAHASSEE, FL 32302
                                ldhecf@earthlink.net
                                (850) 681-2734 "Telephone"
                                (850) 681-3920 "Facsimile"
```

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| SARAH VANDELA MAHALEY JOHNSON<br>181 TINNELL RD<br>MONTICELLO, FL 32344 | ESTATE OF LAMAR VINSON<br>6289 BOSTON HIGHWAY<br>MONTICELLO, FL 32344 |

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                            /s/Leigh D. Hart or
                            /s/William J. Miller, Jr.
9/29/2010  1:07 pm / CR_213     OFFICE OF CHAPTER 13 TRUSTEE
```